1
2
3
4
5
6
7
8
9
10
11
12
13
14                         UNITED STATES DISTRICT COURT
15                       NORTHERN DISTRICT OF CALIFORNIA
16                                 SAN JOSE DIVISION
17

| | |
|---|---|
| 18  INNOVATIVE AUTOMATION LLC, | Case No.  5:11-CV-03412 LHK |
| 19                    Plaintiff, | [PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO LOCAL RULES 3-12 AND 7-11 |
| 20          v. | |
| 21  ACUTRAK, INC., | |
| 22                    Defendant. | |

23
24
25
26
27
28

1  The Court, having considered the Administrative Motion to Relate Cases ("Motion") filed
2  by Acutrak, Inc. and submissions and argument made by the parties in connection with the
3  Motion GRANTS the motion, and ORDERS as follows:
4  The following cases are deemed related: *Innovative Automation LLC v. Acutrack, Inc.*,
5  Case No. 11-CV-03412-LHK, and *Rimage Corp. v. Innovative Automation LLC*, Case No.
6  11-CV-04224-DMR.

Dated: October 19, 2011

*Lucy H. Koh*
Judge Lucy H. Koh